

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. PD–0087–12

---

**VAUGHN RAY BELL, Appellant**

**v.**

**THE STATE OF TEXAS**

---

**ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE SIXTH COURT OF APPEALS FANNIN COUNTY**

---

**MEYERS, J., filed a dissenting opinion.**

### DISSENTING OPINION

I agree with the court of appeals that it was constitutional error for the trial judge to order Appellant to be shackled during his trial. I disagree that this error was harmless. Unlawful and uncalled for shackling has a substantial effect on the jury's view of the defendant. The fact that a defendant is shackled without cause gives the jury the perception that he is a much more dangerous criminal and may prevent him from receiving a fair trial. Because we cannot determine beyond a reasonable doubt that the

error did not contribute to Appellant's conviction or punishment, I would hold that Appellant was harmed by the trial judge's error and would reverse the court of appeals. Therefore, I respectfully dissent.

Filed: September 18, 2013

Publish